United States District Court
Southern District of Texas
**ENTERED**
February 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ALEX ROY; aka ALEX JOSEPH ROY, JR.; aka A.J. ROY; aka AL ROY, §
§
§
Plaintiffs, §
VS. § CIVIL NO. 2:17-CV-9
§
TANYA LAWSON, *et al*, §
§
Defendants. §

## FINAL JUDGMENT

On February 26, 2018, this Court dismissed all claims in the above-captioned case. The Court therefore **ORDERS** the entry of Final Judgment in this case and **DIRECTS** the Clerk of Court to close the case.

SIGNED this 26th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge